United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Grant House, Sedona Prince, and Tymir Oliver, Plaintiffs,<br><br>v.<br><br>University of Miami, Defendant. | Civil Action No. 22-20194-Civ-Scola |

### Order Closing Case

  The Court referred this matter to United States Magistrate Judge Melissa Damian for either an order or a report and recommendations, consistent with 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, and Rule 1 of the Local Magistrate Judge Rules. Because Judge Damian has issued an order which disposes of the entirety of this case—seeking compliance with a Rule 45 subpoena—the Court directs the Clerk to **close** this case.

  **Done and ordered** in Miami, Florida, on July 25, 2022.

_____
Robert N. Scola, Jr.
United States District Judge